UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RODNEY MANUEL ANDERSON,

    Plaintiff,

v.                                     Case No.  5:20-cv-113-RV-MJF

CENTURION HEALTH CARE, *et al.*,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation (R&R) dated October 8, 2020 (ECF No. 19). Plaintiff was furnished a copy of the R&R and was afforded an opportunity to file---and did file (ECF No. 20)---objections under Title 28, United States Code, Section 636(b)(1). Having reviewed the objection to the R&R *de novo*, I have determined that the R&R should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's R&R (ECF No. 19) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i), for maliciousness and abuse of the judicial process.

3. The clerk of the court shall close this case file.

**DONE AND ORDERED** this 23rd day of October, 2020.

                                    /s/ Roger Vinson                      /
                                  **ROGER VINSON**
                                  **SENIOR UNITED STATES DISTRICT JUDGE**